UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00397

**Bryan Hoitt,**
*Plaintiff,*

v.

**Gregg County Sheriff's Office et al.,**
*Defendants.*

# FINAL JUDGMENT

    Plaintiff Bryan Hoitt, proceeding pro se, initiated this action on August 9, 2023. Doc. 1. Thereafter, the court consolidated this action with cause number 6:23-cv-00396 for pretrial purposes and administratively closed this action. Doc. 6. Since that time, all defendants have been dismissed in both the lead and consolidated actions. Accordingly, the court hereby enters final judgment in this action. All pending motions are denied as moot. The clerk of the court is directed to close this case.

*So ordered by the court on December 8, 2023.*

J. CAMPBELL BARKER
United States District Judge